# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REGINALD HOBLEY, § § § § | |
| Plaintiff, | |
| vs. § § § § § § § § § | Case No. 2:11-CV-00231-TJW-CE |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, FRAC TECH SERVICES, L.L.C., and LEONARD SIGLER, | |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL

On the date appearing below, the Court was informed of the agreement between Plaintiff Reginald Hobley ("Plaintiff"), and The Kansas City Southern Railway Company ( "KCSR") to dismiss with prejudice all claims against KCSR (as reflected by the signatures of counsel below).

Accordingly, Plaintiff and KCSR jointly submit this Agreed Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 and hereby give notice to this Court and to all parties to this suit that Plaintiff no longer wishes to prosecute any claims against KCSR and that he is dismissing, with prejudice, his entire case against KCSR effective immediately on the filing of this Stipulation.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this Agreed Stipulation of Dismissal is accepted by the Court,

AND THEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claims asserted by Plaintiff against KCSR are dismissed with prejudice.

SIGNED this ____ day of _____, 2012.

_____
JUDGE PRESIDING

        Respectfully submitted,

        */s/ Bristol Baxley*_____
        Bristol Baxley
        State Bar No. 00787049
        Jerry Easley
        State Bar No. 24050021
        ROME, ARATA & BAXLEY, L.L.C.
        9307 Broadway; Ste 309
        Pearland, TX 77584
        (281) 993-0000
        (281) 993-0035 (facsimile)
        **ATTORNEYS FOR PLAINTIFF**
        **REGINALD HOBLEY**

*and*

        */s/ Jeffrey J. Wolf*_____
        Jeffrey J. Wolf, lead counsel
        State Bar No. 21849012
        Cailin M. Ringelman
        State Bar No. 24060495
        **THE WOLF LAW FIRM, P.C.**
        1360 N. White Chapel Blvd.
        Southlake, TX 76092
        (817) 552-9653
        (817) 552-0300 (facsimile)
        jwolf@wolflawpc.com
        cringelman@wolflawpc.com

        **ATTORNEYS FOR DEFENDANT**
        **THE KANSAS CITY SOUTHERN**
        **RAILWAY COMPANY**