## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **REGINALD HOBLEY,** § § **Plaintiff,** § § vs. § § **THE KANSAS CITY SOUTHERN** § **RAILWAY COMPANY, FRAC TECH** § **SERVICES, L.L.C., and LEONARD** § **SIGLER,** § § **Defendants.** § | **Case No. 2:11-CV-00231-TJW-CE** |

## ORDER OF DISMISSAL

The Court has received a Stipulation of Dismissal with Prejudice filed by Plaintiff Reginald Hobley ("Plaintiff") and Defendant The Kansas City Southern Railway Company ("Defendant"). After considering the Stipulation of Dismissal, the Court ORDERS that all claims and causes of action asserted by Plaintiff against Defendant in this case are hereby dismissed with prejudice to the refiling of same. It is further ORDERED that each party shall bear its own costs, expenses and attorneys' fees incurred with respect to this action.

**SIGNED this 16th day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE