IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REGINALD HOBLEY | § | |
| | § | |
| | § | |
| VS. | § | C.A. NO. 2:11-CV-231 |
| | § | |
| THE KANSAS CITY SOUTHERN | § | JURY |
| RAILWAY COMPANY, FRAC TECH | § | |
| SERVICES, LLC, LEONARD SIGLER | § | |
| CISCO HIGH-LIFT OF TEXAS, | § | |
| and VERTEX SOLUTIONS, LLC | § | |

### O R D E R

ON THIS DAY, came on to be considered Plaintiff's Motion to Dismiss and, after same having been presented to the Court, the Court is of the opinion that such Motion to Dismiss should be **GRANTED**.

IT IS, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's causes of action as alleged in Plaintiff's Petition on file herein against Defendants, **FRAC TECH SERVICES, LLC, LEONARD SIGLER, CISCO HIGH-LIFT OF TEXAS, and VERTEX SOLUTIONS, LLC**, be dismissed with prejudice, to the right of Plaintiff to refile same or any part thereof against **FRAC TECH SERVICES, LLC, LEONARD SIGLER, CISCO HIGH-LIFT OF TEXAS, and VERTEX SOLUTIONS, LLC.**

**SIGNED this 16th day of April, 2012.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE